IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**VICTOR WALDRON**,                    )
                                       )
                    Plaintiff,         )
                                       )
V.                                     )          Civil No. **06-738-MJR**
                                       )
**WAL-MART STORES, INC.,**             )
                                       )
                    Defendant.         )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is attorney Cody S. Moon's to withdraw as attorney of record for defendant Wal-Mart Stores.  **(Doc. 34).**

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 34)** is **GRANTED**.  The Clerk of Court shall have the record reflect that Cody S. Moon is terminated as attorney of record for defendant Wal-Mart Stores.

**IT IS SO ORDERED.**

**DATED: November 29, 2007**

                              **s/ Clifford J. Proud_____**
                              **CLIFFORD J. PROUD**
                              **U. S. MAGISTRATE JUDGE**

1